10/22            R. 119.

*William M^cCroskey*
      *vs*
*John M^cDonnell*
*Adm^r of*
*Edward Richardson.*

Filed in Clerk's office
Oct. 24. 1822.
        JER. V R TEN EYCK
            Deputy Clerk

TERRITORY OF MICHIGAN ⎱ SUP: COURT SS.
COUNTY OF WAYNE. ⎰ OF THE TERM OF SEPTEMBER ONE THOU-
SAND EIGHT HUNDRED & TWENTY TWO.

William M{c}Croskey, Plaintiff in this cause, complains of John M{c}Don-
nell, Administrator of all & singular the goods, chattels, rights & credits
that were of Edward Richardson, deceased, at the time of his death, who
died intestate, Defendant in this cause, who was summoned &c. For that
whereas the said Edward Richardson, in his life time, to wit, on the Tenth
day of February, one thousand Eight hundred & fifteen, at Detroit in the
County of Wayne & within the Jurisdiction of this Court, was indebted to
the s{d} Plaintiff in the sum of sixty two dollars & Seventy five cents, for the
work, labor, care attendance & professional services of the said Plaintiff by
him before that time done, performed & bestowed for the said Edward & at
his special instance & request, in & about the healing & curing of the said
Edward & divers other persons of divers diseases, disorders & maladies
under which they had before then respectively languished & labored & in &
about the Endeavoring to heal & cure the said Edward & divers other per-
sons of divers other diseases, disorders & maladies, under which they had
before then also respectively languished & labored & also for divers medi-
cines & other necessary things before that time found & provided, adminis-
tered, delivered & applied by the said Plaintiff on those occassions for the
said Edward in his life time & at his like special instance and request, &
being so indebted, he the said Edward, in his life time, in consideration
thereof, afterwards towit, on the day and year last aforesaid, at the place
aforesaid undertook & then & there faithfully promised to the said Plain-
tiff, to pay him the said sum of money, when he the said Edward should be
thereunto afterwards requested.

And whereas also afterwards, to wit, on the day & year last aforesaid,
and at the place & within the Jurisdiction aforesaid, in consideration that
the said Plaintiff, at the like special instance & request of the said Edward,
had before that time done, performed & bestowed, other his work, care
labor, diligence & attendance as a Physician, in & about the healing & cur-
ing of the said Edward & divers other persons of divers other disorders &
maladies, under which they had before then respectively labored & lan-
guished, & also in & about the Endeavoring to heal & cure the said Edward
and divers other persons of divers other diseases, disorders & maladies under
which they had before then respectively laboured & languished & had also
at the like special instance & request before that time found & provided,
administered and applied, divers other medicines & necessary things on
those last mentioned occassions for the said Edward, he the said Edward

undertook & then & there faithfully promised the said Plaintiff to pay him so much money therefor as he reasonably deserved to have of the said Edward, when he the said Edward should be thereunto afterwards requested. And the said Plaintiff avers that he therefor reasonably deserved to have of the said Edward, the further sum of sixty two dollars and seventy five cents of lawful money, to wit, at the place aforesaid, whereof the said Edward, to wit, at the place aforesaid, then & there had Notice

And also for that whereas the said Edward in his life time, afterwards, to wit, on the day & year last aforesaid & at the place aforesaid, accounted with the said Plaintiff of & concerning divers other sums of money, from the said Edward to the said Plaintiff before that time due & owing & then in arrear & unpaid, & upon such accounting the Said Edward was then & there found to be in arrear & indebted to the said Plaintiff in the further sum of Sixty two Dollars & seventy five cents, & being so found in arrear & indebted as aforesaid, he the said Edward, in consideration thereof undertook & faithfully promised to pay the said Plaintiff the Said last mentioned sum of money when he should be thereunto afterwards requested.

Yet the Said Edward in his life time, & the said Defendant, Administrator as aforesaid since the Death of the said Edward, have not, nor have Either of them as yet, paid the said sums of money, or any, or Either of, or any part thereof, to the said Plaintiff (although often requested so to do), but to pay the same or any part thereof to the said Plaintiff, the said Edward in his life time, wholly refused & the said Defendant, administrator as aforesaid, hath Ever since the Death of the said Edward, hitherto wholly refused & still doth refuse so to do to the Damage of the said Plaintiff of one Thousand Dollars & therefore he brings Suit.

SIBLEY & WHITNEY Att<sup>y</sup>

SUPREME COURT. s.s. William M<sup>c</sup>Croskey puts in his place, Sibley & Whitney his Att<sup>ys</sup> against John M<sup>c</sup>Donnell, Administrator of the Estate of the late Edward Richardson, in a plea of tresspass on the case.

TERRITORY OF MICHIGAN TOWIT, SUPREME COURT SEPTEMBER TERM ONE THOUSAND EIGHT HUNDRED & TWENTY TWO

And the Said John M<sup>c</sup>Donell, by Hunt & Larned his Att<sup>ys</sup> comes &c when &c & for plea saith that the Said Edward Richardson, in his life time aforesaid did not assume & promise the Said Plaintiff as in his said declaration against him he hath alledged, & of this he puts himself on the country for trial

HUNT & LARNED Att<sup>ys</sup> to Pl.
And this Plf likewise — SIBLEY & WHITNEY

The Defendant gives notice to the Plf or his Att<sup>ys</sup> that he demands a bill of particulars, of Plaintiffs claim

HUNT & LARNED Att<sup>ys</sup> to Pl.